IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JULIAN SAHAGUN RODRIGUEZ, )<br>PEDRO GONZALES, and )<br>FRANKLIN SOTO PENA ) | CR 05 70-01S<br>CR: ____________<br>In violation of 21 U.S.C.§§ 841(a)(1) & (b)(1)(A), 846, and 18 U.S.C. § 2 |

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about June 7, 2005, in the District of Rhode Island, the defendants, JULIAN SAHAGUN RODRIGUEZ, PEDRO GONZALES, and FRANKLIN SOTO PENA, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other and with others unknown to the grand jury to knowingly and intentionally distribute, and to possess with intent to distribute, over 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A),

all in violation of 21 U.S.C. § 846.

COUNT II

On or about June 7, 2005, in the District of Rhode Island, the defendants, JULIAN SAHAGUN RODRIGUEZ, PEDRO GONZALES, and FRANKLIN SOTO PENA, did knowingly and intentionally possess with intent to distribute over 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2.

ROBERT CLARKE CORRENTE
United States Attorney

Adi Goldstein
Assistant U.S. Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

Dated: June 8, 2005