AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U. S.

v.

Julian Sahagan Rodriguez

APPEARANCE

CASE NUMBER: CR05-70-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Julian Sahagan Rodriguez

I certify that I am admitted to practice in this court.

6-8-05

*Date*

[signature]

*Signature*

Edward C. Roy, Jr. 3029

*Print Name* *Bar Number*

10 Weybosset St., Suite 300

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.