AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR 05 70 - 0/S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Julian Sahagun Rodriguez

6/24/05
Date

Signature

JOHN M. VERDECCHIA
Print Name

1206 Westminster ST.
Address

PROV. RI 02909
City State Zip Code

453-0700
Phone Number