UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | CR. NO. 05-70-01T |
| JULIAN SAHAGUN RODRIGUEZ | ) | |

MOTION TO WITHDRAW

NOW COMES the undersigned, Edward C. Roy, Assistant Federal Public Defender, and hereby moves to withdraw his appearance on behalf of the defendant, Julian Sahagun Rodriguez. In support of this motion, counsel states that Mr. Rodriguez has retained private counsel to represent him in this matter.

JULIAN SAHAGUN RODRIGUEZ
By his Attorney,

Edward C. Roy
Assistant Federal Defender
FEDERAL DEFENDER OFFICE
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 28th day of June, 2005, I mailed a true copy of the within motion Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.