UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO.: 05-70-T |
| | : | |
| JULIAN SAHAGUN RODRIGUEZ, | : | |
| FRANKLIN SOTO-PENA and | : | |
| PEDRO GONZALES | : | |

**DEFENDANT'S JULIAN SAHAGUN RODRIGUEZ, FRANKLIN SOTO-PENA AND PEDRO GONZALES JOINT MOTION TO CONTINUE EMPANELMENT AND ENLARGEMENT TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS AND INCORPORATED MEMORANDUM OF LAW**

Now come Defendants Julian Sahagun Rodriguez, Franklin Soto-Pena and Pedro Gonzales, by and through counsel and respectfully request that this matter be continued for empanelment to October 2005.

In support of said motion, counsel for Defendants state that they need additional time to fully investigate potential defenses as well as discuss possible plea agreements with the government. Counsel for Defendants further state that additional time is needed to prepare defense motions, e.g. motion to sever, motion to suppress physical evidence, etc..

Pursuant to this request, counsel for Defendants further move for an order of excludable delay for the period commencing from the date of the filing of this motion through and including the October empanelment date.

Accordingly, counsel for Defendants submit that the ends of justice served by the granting of this motion clearly outweigh the interests of the public and the Defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161 (h)(8)(a).

WHEREFORE, counsel for Defendants respectfully request that their motion be granted.

Respectfully Submitted,

JULIAN SAHAGUN RODRIGUEZ
By his Attorney,

John M. Verdecchia, Esq. (3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700

FRANKLIN SOTO- PENA
By his Attorney,

S/F

Matthew B. Smith, Esq. (4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700

PEDRO GONZALES
By his Attorney,

S/F

Albert Medici, Esq.
1312 Atwood Avenue
Johnston, Rhode Island 02919
(401) 946-3910

**CERTIFICATION**

I, hereby certify that I mailed a true copy of the within Motion to Stephanie Brown, A.U.S.A., 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 26th day of August, 2005.