**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-070T** |
| | ) | |
| **JULIAN SAHAGUN RODRIGUEZ** | ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, hereby moves the Court to continue the sentencing scheduled for January 27, 2006. As grounds for this request, the government states that Assistant Stephanie Browne is unexpectedly on extended medical leave until January 30, 2006. Opposing counsel was consulted and has no objection.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S Browne / GBS
STEPHANIE S. BROWNE
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2006, I mailed a copy of the within Government's Motion to Extend Time For Sentencing to John M. Verdecchia, Esq., 1206 Westminster Street, Providence, RI 02909.

Paula Harvey