**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. NO.: 05-70-T** |
| | : | |
| **JULIAN SAHAGUN RODRIGUEZ** | : | |

## NOTICE OF APPEAL

Notice is hereby given that JULIAN SAHAGUN RODRIGUEZ, Defendant in the above entitled matter hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered on the 27th day of January, 2006.

Respectfully submitted,

John M. Verdecchia, Esq. #3374
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 {Fax}

## CERTIFICATION

I, hereby certify that I mailed a true copy of the within Notice of Appeal to Stephanie Browne, A.U.S.A, United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 6th day of February, 2006.