Julian S. Rodriguez
950 High Street
Central Falls, RI 02863

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>v.<br>Julian Sahagun Rodriguez<br>Defendant | : | CR. NO. 05-70-01T<br>NOTICE OF APPEAL |

The defendant, Julian Sahagun Rodriguez, pro se, hereby gives notice of appeal of the judgement entered against him on Junuary 27, 2006 by the Honorable judge Ernest C. Torres.

Respectfully submitted this 2th day of February 2006.

Julian Rodriguez

Julian S. Rodriguez/Defendant

Copies submitted this 2th day of February 2006 to each of the following:

Assistant U.S. Attorney
Stephanie Browne, Esq.
50 Kennedy Plaza 8th Floor
Providence, Rhode Island 02903

Retained Counsel
John M. Verdecchia
1206 Westminster Street
Providence, Rhode Island 02909

June Maria Carlton

June Maria Carlton
Notary Public
My Commission Expires 4/2/2006
State of Rhode Island