UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 8, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

**RE:** ***CR05-70-01T USA v. Julian Sahagun Rodriguez***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Sheet; Notices of Appeal (2); Certificate of Clerk; Complete Case File; PSI(sealed); SOR(sealed); Certified Copy of Docket

COA# 06-1284
George Kretas
2/14/06 (NOA filed by Atty.)

66