JULIAN S. RODRIGUEZ
950 High Street
Central Fall's, RI 02863

February 22, 2006

Dear Mr./Ms Clerk.

Greetings. I am sending an application to poceed my appeal process an indigent due to my poor financial condiction. I respectfully request that the Court asignes to me a public defender counsul, other than my current counsel, **John M. Verdecchia.**

Tank yuo for yours assistance in this matter.

Sincerely,

Julian Rodriguez

Julian S. Rodriguez
Defendant

c.c. file