UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-70T

JULIAN SAHAGUN RODRIGUEZ

ORDER GRANTING REQUEST FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES ON APPEAL

Defendant Julian Sahagun Rodriguez's request for leave to proceed *in forma pauperis* in appealing his sentence is hereby GRANTED. John M. Verdecchia, Esq. shall continue to serve as Mr. Rodriguez's counsel unless and until the Court of Appeals appoints someone else to replace him.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 3/29/06