05-70 RI
Torres, E.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1285

UNITED STATES,

Appellee,

v.

JULIAN SAHAGUN RODRIGUEZ,

Defendant - Appellant.

**JUDGMENT**

Entered: June 19, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered May 25, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 06-1284. Appellant was warned that failure to respond by June 8, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 06-1284.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/10/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:______________________
Margaret Carter, Chief Deputy Clerk

[cc: Ralph J. Perrotta, Esq., Donald Lockhart, AUSA, Julian Sahagun Rodriguez, defendant]