05-70T

# United States Court of Appeals
## For the First Circuit

No. 06-1284

UNITED STATES,

Appellee,

v.

JULIAN SAHAGUN RODRIGUEZ,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: March 9, 2007

Appellant pled guilty to two offenses involving cocaine trafficking. He faults the sentencing court for warning him that if the court granted a continuance in order to allow appellant to qualify for the safety valve by making a belated disclosure of information and evidence to the government, failure by appellant to follow through with the required cooperation might affect the sentence imposed.

No objection was made to the court's explanation of the possible consequences of requesting a continuance that turned out to be for naught. Review is therefore for plain error. Appellant does not claim that he would have attempted to qualify for the safety valve absent the court's explanation. Therefore, he has failed to establish the prejudice component of the four part showing required for a finding of plain error. See United States v. Duarte, 246 F.3d 56, 60 (1st Cir. 2001).

The judgment is summarily affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Ralph J. Perrotta, Esq., Donald Lockhart, Esq. and Stephanie S. Browne, Esq.]