**JULIAN SAHAGUN RODRIGUEZ,**
**ID:No. 05625-070**
**Federal Correctional Institution**
**P.O.Box 5000**
**Sheridan, OR 97378-5000**

**Julian S. Rodriguez;**
**In PROPERIA PERSON;**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**216 Federal Building and U.S. Courthouse -Providence, RI 02903-1779;**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br>**-vs-**<br>**JULIAN SAHAGUN RODRIGUEZ,**<br>Defendant/Movant, | **Case No.1:05CR00070-01T**<br>**STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U S C §3582(c)(2)**<br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

**COMES NOW,** Defendant JULIAN SAHAGUN RODRIGUEZ, In Properia persona without aid of counsel **(LAYMAN)in Law,** hereby stipulate as follow:

1. Pursuant to **18 U.S.C. § 3582(c)(2),** this Honorable Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing rang that has subsequently been lowered by the sentencing commission in Amendment 706 by two level;

///

2. The sentencing rang applcable to Mr. Rodriguez, was subsequently lowered by the United States Sentencing Commission in Amendment **708** by two levels;

3. Accordingly, Mr. Rodriguez's sentencing range has been reduced from 33 to 31;

4. Mr. Rodriguez, merits a reduction in his sentence based on the factors listed in **18 U.S.C. § 3553(a),** as well as Considerations of Public safety and Mr. Rodriguez's positive post-sentencing conduct;

5. Because Mr. Rodriguez, has already a sentence within the new guideline rang less credit for time served in prison he is entitled to reduction;

6. **Accordingly,** the parties request the court to enter the order lodged herewith reducing Mr. Rodriguez's term of imprisonment;

DATED: this 8th, day of April, 2008;

Respectfully submitted

Rodriguez J.

**JULIAN SAHAGUN RODRIGUEZ,**
**ID:No. 05625-070**

**Movant in properia persona;**

**Federal Correctional Institution**
**P.O.Box 5000**
**Sheridan, OR 97378-5000**

# Certificate of Service

I, JULIAN S. RODRIGUEZ, , herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

**STIPULATION TO REDUCE SENTENCE**

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

1. Clerk of The Court
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
216 Federal Building and US Courthouse
Providence, RI 02903-1779

2. Donald Lockhart,Esq.,
Office of the U.S.Attorney
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

8th day of April , 2008.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: Rodriguez J.
JULIAN SAHAGUN RODRIGUEZ

05625-070
Bureau of Prisons Identification Number