UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff(s),

V.

1:-05CR00070-01T
Criminal Case No.

JULIAN SAHAGUN RODRIGUZ,
Defendant.

**Questionnaire in Support of Defendant's Motion for Correction of Sentence Pursuant to 18 U.S.C. §3582(c)(2)**

---

**Instructions - Read Carefully**

1. Your answers must be typed or printed.

2. All questions must be answered and all of the requested information must be supplied.

3. When completed, the questionnaire must be signed and should be mailed to:

   Clerk of the United States District Court
   for the District of Rhode Island
   1 Exchange Terrace
   Providence, RI 02903

---

**Questionnaire**

1. Where are you presently confined?

   Federal Correctional Institution (FCI)
   P.O.Box 5000 Sheridan, OREGON 97378

2. What is your prisoner identification number?

   05625-070

3. Were you sentenced in the United States District Court for the District of Rhode Island?

Yes ______ Yes ______________ No

If your answer to question #3 is YES, put the criminal case number in the space provided at the top of page one opposite the name of the case.

4. What is the name of the lawyer who represented you?

RALPH J. PERROTTA,163 Arnold Ave Cranston,RI 02905 (401)-461-7325;

5. Did the offense or offenses for which you were convicted involve crack cocaine or cocaine base?

Yes ______ Yes ______________ No

6. What sentence was imposed?

(135) months as to count I and II, to be served concurrently;

7. Is your conviction currently on appeal?

____X____ Yes ______________ No

8. What is your projected date of release from prison?

MARCH 25, 2015;

9. Has any disciplinary action been taken against you while you have been serving your sentence?

______________ Yes ______X______ No

If so, list and describe <u>all</u> such disciplinary action.

NONE

Ø

10. Describe any things that you have done while in prison that you would like the court to know about in deciding whether or not reduce your sentence.

1. GED;

2. ENGLISH PROFICIENT:

3. SANITATION TECHNICIAN;

4. "VT MATH";

5. "LEATHER CLASS";

[ SEE ATTACHMENT PROGRAM REVIEW.]

May 7th, 2008;
Date

Julian Rodriguez
JULIAN SAHAGUN RODRIGUEZ,
Signature of Defendant

JULIAN SAHAGUN RODRIGUEZ,
Printed Name

Federal Correctional Institution
P.O.Box 5000
Sheridan, OR 97378-5000
Address

SHERIDAN, OREGON 97378-5000
City, State & Zip Code

# *Certificate of Service*

I, JULIAN S. RODRRIGUEZ, , herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

QUESTIONNAIRE IN SUPPORT OF DEFENDANT'S MOTION FOR CORRECTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Clerk of the United States Distric Court
for the District of Rhode Island

1 Exchange Terrace
Providence, RI 02903

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

7th day of May, , 2008.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: Julian Rodriguez
JULIAN SAHAGUN RODRIGUEZ,

05625-070
Bureau of Prisons Identification Number