**Julian Sahagun Rodriguez,**
ID: No. 05625-070
Federal Correctional Institution
P.O.Box 5000
Sheridan, OR 97378-5000
Julian S. Rodriguez;
In Properia persona;

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JULIAN SAHAGUN RODRIGUEZ,**<br>Defendant/Petitioner,<br>-vs-<br>**UNITED STATES OF AMERICA,**<br>Plaintiff(s)/Respondent(s), | **U.S.D.C. No. 1:05CR00070-01T**<br><br>**MOTION FOR EMERGENCY HEARING TO SUBSTITUTE APPOINTED COUNSEL DECLARATION OF DEFENDANT.,** |

**COMES NOW,** Defendant/Petitioner herein,Julian Sahagun Rodriguez, **(Layman)** in law, in properia persona; and hereby moves this Honorable Court to permit this filing in properia persona, and requesting an emergency hearing to petition this court for newly appointed counsel.

The request is based on the declaration of this defendant and on Motion for Correction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), (RETROACTIVE CRACK COCAINE REDUCTION CASE).and all the files and records in this case.

///

DATED: this 7th, day of MAY, 2008;

Respectfully submitted

JULIAN SAHAGUN RODRIGUEZ,
ID: No. 05625-070

///

**DECLARATION**

**DECLARATION OF: JULIAN SAHAGUN RODRIGUEZ;**

I, JULIAN SAHAGUN RODRIGUEZ, BEING FIRST DULY SWORN PURSUANT to the law of the State of Oregon, and the United States, deposes and states;

I am the Defendant/Petitioner, in the aformentioned action and I am currently confined of the Federal Correctional Institution,(FCI) Sheridan, State of Oregon. I have read the foregoing motion and believe it to be true accorate, and correct based on my personal knowledge and belief.

DATED: this 7th, day of May, 2008;

BY: Julian Rodriguez
JULIAN SAHAGUN RODRIGUEZ,
ID: No 05625-070

Federal Correctional Institution
P.O.Box 5000
Sheridan, OR 97378-5000

# Certificate of Service

I, JULIAN S. RODRIGUEZ, , herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

MOTION FOR EMERGENCY HEARING
FOR APPOINT OF COUNSEL

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

1. Clerk of the Court
United States District Court
For the District of Rhode Island
216 Federal Blding and U.S. COURTHOUSE
One Exchange Rerrance,
Providence, RI 02903

2. Donal Lockh--art, Esq.,
Office of the U.. Attorney;
50 Kennedy Plaza,8th Fl.
Providence, RI 02903

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

7th day of May, , 2008.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: Julian Rodriguez
Julian Sahagun Rodriguez,

05625-070
Bureau of Prisons Identification Number