IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-070T |
| | : | |
| JULIAN SAHAGUN RODRIGUEZ | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION ENTITLED
STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Introduction

The Defendant, Julian Sahagun Rodriguez (Rodriguez or Defendant), has moved for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2). The Defendant's motion is grounded upon 2007 amendments to the United States Sentencing Guidelines which generally reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendments were also made retroactive pursuant to U.S.S.G. § 1B1.10 effective March 3, 2008.

Argument

The Sentencing Guidelines Amendments simply do not apply to the Defendant. The new Amendments address only crack cocaine offenses, not offenses involving other controlled substances. The Defendant's indictment charged him with conspiracy and substantive offenses involving 61.44 kilograms of cocaine powder. There is no reference known to the government, and the Defendant points to none, which would indicate that the Defendant's sentence was based in any part upon a quantity of crack cocaine.

Conclusion

As the Amendments are inapplicable to the Defendant, his motion must be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 19th day of May, 2008, I electronically filed, as well as served by ordinary mail, postage prepaid, the Within Government's Response To Defendant's Motion Entitled Stipulation To Reduce Sentence Pursuant to 28 U.S.C. § 3582(c)(2), to:

Julian Sahagun Rodriguez
Reg. # 05625-070
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov