JULIAN SAHAGUN RODRIGUEZ,
ID:No. 05625-070
Federal Correctional Institution
P.O.Box 5000
Sheridan, OR 97378-5000
JULIAN SAHAGUN RODRIGUEZ;
IN Properia persona;

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JULIAN SAHAGUN RODRIGUEZ,<br>Defendant/Petitioner,<br>-vs-<br>UNITED STATES OF AMERICA,<br>Plaintiff(s)/Respondent, | **CR.No. 05-070T**<br><br>**Defendant'S RESPONSE TO GOVERNMENT'S MOTION TO RESPONSE TO DEFENDANT'S STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.§ 3582(c)(2);** |

**COMES NOW,** THE DEFENDANT AND FILE THIS RESPONSE TO THE Government's Motion to Dismiss dated May 19th, 2008 The defendant argues that the Government's motion should not be granted because it's reasoning is contrary to current Ruling by the Sentencing Commissions and the Supreme Court which was in effact March 2, 2008.

1. The Government alleges that the defendant's in properia persona, MOTION under 18 U.S.C. § 3582(c)(2), should be dismissed because " "The Sentencing Guidelines Amendments simply do not

apply to the defendant. The new Amendments address only Crack Cocaine offenses, not offenses involving other controlled substances. The Defendant's indictment charged him with conspiracy aand substanive offenses involving 61.44 kilograms of cocaine powder!" and the Government argument continued by "There is no reference known to the government, and the Defendant points to none, which would indicate that the Defendant's sentence was based in any part upon a quantity of crack cocaine."! The Government's Argument in this case without merit and should be dismissed.

2. While the defendant will conceed that if the only way to interrpt his motion was "in the light most favorable to the Government." then the Government may have claim.

3. However; this is a pro se motion, filed by an inmate at a Federal prison and **(Laymen ) in the law and language,** without the benefit to have an attorney to assist him, even he file with this Honorable Court to appoint one for him, as such as seen in **ADICKES v. KRESS & CO.,** 398 U.S. 144, 26 Led.2d 142, 90 Sct. 1598 (1970), the high court ruled "On motion for summary **judgment, court is required to resolve** all ambiguities and **draw factual inferences in favor of the party whom the summary judgment is sought."**

4. **In BAZROWX v. SCOTT, 136 F3d. 1053 (5th Cir. 1998), the Appellate Court ruled "Generally, district court errs in dismissing pro se complaint for failing to state a claim with out first giving the Pro se movant the opportunity to amend".**

---

## CONCLUSION

As see above, "dismissal or summary judgment" is not the proper proceedure for the court to take in a case where the Pro se movant's filing has a proceedural flaw. As such the movant prays this court will has a movsmt prays this court will allow him to present the amended attachment to his motion pursuant to 18 U.S.C. § 3582(c)(2), claim and once again order the Government, to respond. For them to claim that there is no genuine issue that has not been heard before the court already is a claim that is not supported by the motion, filings or court documents.(See EXHIBIT-A),

DATED: this 30th, day of May, 2008;

Respectfully submitted

Rodriguez Julian
Julian Sahagun Rodriguez
ID:No.05625-070

Defendant/In Properia persona;

## DECLARATION

I, Julian Sahagun Rodriguez, declare under penalty of perjury that I have read the above and state that the information contained therein is true and correct to the best of my knowledge.

DATED:this 30th,day pf MAY,08;AT.

Federal Correctional Institution(FCI),
P.O.Box 5000
Sheridan, OR 97378-5000

BY: Rodriguez Julian
Julian Sahagun Rodriguez
ID:No. 05625-070

# *Certificate of Service*

I, Julian S. Rodriguez, , herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

RESPONSE TO GOVERNMENT'S MOTION

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

1. Clerk of the Court
United States District Court
for the Distric of Rhode Island
216 Federal Building and U.S. Courthouse
Providence, RI 02903-1779

2. A.U.S.A. Office
50 Kennedy Plaza, 8th Floor,
Providence, RI 02903

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

30th day of May, 2008.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: Rodriguez Julian
Julian Sahagun Rodriguez,

05625-070
Bureau of Prisons Identification Number