**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 05-070T

JULIAN SAHAGUN RODRIGUEZ

**ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)**

Julian Sahagun Rodriguez has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §2D1.1. The Court's review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because the amendments to the sentencing guidelines only address crack cocaine offenses and the offense for which the defendant was sentenced only involved controlled substances other than crack cocaine. Therefore, the motion is denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: 7/30, 2008